<div style="float:left">**United States District Court**  
For the Northern District of California</div>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNEDY EDWARDS, | No. C 08-03217 SBA (PR) |
| Petitioner, | **ORDER OF TRANSFER** |
| v. | |
| D. K. SISTO, Warden, | |
| Respondent. | |

Petitioner, a state prisoner, has filed a <u>pro se</u> petition for a writ of habeas corpus in which he challenges the execution of his sentence. He seeks leave to proceed <u>in forma pauperis</u> (IFP).

A petition for a writ of habeas corpus filed by a state prisoner in a State that contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction. <u>See</u> 28 U.S.C. § 2241(d). The district court where the petition is filed, however, may transfer the petition to the other district in the furtherance of justice. <u>See</u> <u>id.</u> Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. <u>See</u> <u>Dannenberg v. Ingle</u>, 831 F. Supp. 767, 767 (N.D. Cal. 1993); <u>Laue v. Nelson</u>, 279 F. Supp. 265, 266 (N.D. Cal. 1968). But if a habeas petition is directed to the manner in which a sentence is being executed, e.g., if it involves parole or time credit claims, the district of confinement is the preferable forum. <u>See</u> Habeas L.R. 2254-3(a); <u>Dunne v. Henman</u>, 875 F.2d 244, 249 (9th Cir. 1989).

Petitioner is incarcerated at CSP-Solano, which lies within the venue of the Eastern District of California. <u>See</u> 28 U.S.C. § 84. Because Petitioner challenges the execution of his sentence, the Court hereby ORDERS that pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the

1 interests of justice, this petition be TRANSFERRED to the United States District Court for the
2 Eastern District of California.
3     IT IS SO ORDERED.
4 DATED: 8/1/08

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNEDY EDWARDS, | Case Number: CV08-03217 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| D.K. SISTO et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kennedy  Edwards E-54444
CSP-Solano
P.O. Box 4000
Vacaville,  CA 95696-4000

Dated: August 4, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.08\Edwards3217.Transfer.wpd          3