IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNEDY EDWARDS,

        Petitioner,                    No. CIV. S-08-2236 KJM P

    vs.

D.K. SISTO, et al.,

        Respondents.            <u>ORDERS</u>

_____/

        Petitioner is a state prison inmate proceeding pro se with a petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging a 2007 denial of parole. The court stayed the case when it learned that the board had set a parole date during the 2008 hearing. Petitioner has now informed the court that the governor reversed this grant of parole.

        Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's habeas petition.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondents are directed to file a response to petitioner's habeas petition within sixty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases. Because this petition

1

challenges a denial of parole, the relevant documents should include the transcript of the parole hearing[1] and any documents, reports or letters considered by the panel.

    2. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer.

    3. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter.

    4. The Clerk of the Court shall serve a copy of this order together with a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Jennifer Neill, Senior Assistant Attorney General.

    5. The stay entered January 16, 2009 is hereby lifted.

DATED: July 30, 2009.

_____
U.S. MAGISTRATE JUDGE

edwa2236.100

---

[1] If respondent agrees that the transcript attached as an exhibit to the petition is complete and correct, he need not provide a second copy to the court, but may simply note his acceptance of this transcript in his answer. In addition, if the additional materials attached to the petition were part of the record before the hearing panel, respondent need not provide duplicates but may so indicate in his answer.